**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

Anthony L Petril,　　　　　　　　　　　　　　　　　　　　　Case No. 23-11469
Debtor.[1]　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
_____/

**MOTION FOR EXTENSION OF TIME TO FILE**
**ADDITIONAL SCHEDULES AND CHAPTER 13 PLAN**

　　　　Debtor, by and through the undersigned counsel, hereby files this *Motion for Extension of Time to File Additional Schedules and Chapter 13 Plan*. In support thereof, Debtor states as follows:

　　　　1.　　Debtor filed a voluntary petition of relief under the Bankruptcy Code on 5/18/2023.

　　　　2.　　Debtor requests an extension of time to file additional schedules and Chapter 13 Plan.

　　　　3.　　Debtor will provide the additional schedules on or before 6/13/2023.

　　　　WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order extending the time to file the additional schedules and Chapter 13 to 6/13/2023.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**CONSUMER LAW ATTORNEYS**
　　　　　　　　　　　　　　　　　　　　　**By:**　　*/s/ Amy Lynn Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　　　Amy Lynn Bennecoff Ginsburg, ID 29950
　　　　　　　　　　　　　　　　　　　　　2727 Ulmerton Rd, Ste 270, Clearwater, FL  33762
　　　　　　　　　　　　　　　　　　　　　Ph:　　(877) 241-2200, F: (727) 623-4611
　　　　　　　　　　　　　　　　　　　　　Email:  aginsburg@ginsburglawgroup.com
　　　　　　　　　　　　　　　　　　　　　Service:  service@consumerlawattorneys.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before June 5, 2023, a true and correct copy of the foregoing was furnished via electronic or regular mail to the parties listed on the attached mailing matrix.

**CONSUMER LAW ATTORNEYS**
**By:**   */s/ Amy Lynn Bennecoff Ginsburg*
Amy Lynn Bennecoff Ginsburg, ID 29950

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 23-11469-pmm<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Jun  5 06:32:10 EDT 2023 | Ally Bank  c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Fincl<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Deutsche Bank National Trust Company, as tru<br>C/O Michael Farrington, Esq.<br>KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 |
| Enhanced Recovery Co L<br>10550 Deerwood Park, Ste<br>Jacksonville, FL 32256-0596 | Firstpoint Coll Reso<br>Consumer Contact Center<br>Roanoke, VA 24018 | Ford Motor Credit Comp<br>Po Box Box 542000<br>Omaha, NE 68154-8000 |
| KML Law Group, P.C.<br>701 Market Street, Suite 500<br>Philadelphia, PA 19106-1541 | Midland Credit Managem<br>San Diego, CA | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Sps<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | AMY LYNN BENNECOFF GINSBURG<br>Ginsburg Law Group, P.C.<br>1012 N. Bethlehem Pike<br>Suite 103, Box 9<br>Ambler, PA 19002-2100 |
| Anthony L Petril<br>2959 Academy Ave<br>Holmes, PA 19043-1131 | KENNETH E. WEST<br>Office of the Chapter 13 Standing Truste<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107-3704 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as T

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17