**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

Anthony L Petril,                                                                                   Case No. 23-11469
Debtor. 1                                                                                            Chapter 13
_____/

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND**
**TIME TO FILE ADDITIONAL SCHEDULES AND CHAPTER 13 PLAN**

THIS CAUSE having come before the Court ex parte upon the Debtor's Motion to Extend Time to File Additional Schedules and Chapter 13 Plan, [Dkt. 9], and the Court having considered the motion, it is

ORDERED

1. The Motion is Granted.

2. The Debtor shall have until the end of June 13, 2023 to file all documents required including the Plan.

Date: 6/5/23

                              Submitted by:

                              CONSUMER LAW ATTORNEYS
                              By: /s/ Amy Lynn Bennecoff Ginsburg
                              Amy Lynn Bennecoff Ginsburg, ID 29950
                              Attorney for Debtor

**Amy Lynn Bennecoff Ginsburg, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.**