**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:

Anthony L Petril,                                                                                 Case No. 23-11469
Debtor.                                                                                            Chapter 13
_____/

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND**
**TIME TO FILE ADDITIONAL SCHEDULES AND CHAPTER 13 PLAN**

THIS CAUSE having come before the Court ex parte upon the Debtor's Motion to Extend Time to File Additional Schedules and Chapter 13 Plan, [Dkt. 9], and the Court having considered the motion, it is

ORDERED

1. The Motion is Granted.

2. The Debtor shall have until the end of June 13, 2023 to file all documents required including the Plan.

Date: June 6, 2023

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE