**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Anthony L. Petril | : | |
| Debtor | : | Bankruptcy No. 23-11469pmm |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 19, 2023 and extended to June 13, 2023, this case is hereby DISMISSED.

Date: June 22, 2023

Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:
    Attorney Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Statistical Summary of certain liabilities
    Means Test Calculation form 122C-2
    Ch. 13 Statement of current monthly income 122C-1