United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 23-11469-pmm
Anthony L Petril   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jun 22, 2023  Form ID: pdf900  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony L Petril, 2959 Academy Ave, Holmes, PA 19043-1131 |
| 14786202 | + | Deutsche Bank National Trust Company, as trustee, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14783030 | | Firstpoint Coll Reso, Consumer Contact Center, Roanoke, VA 24018 |
| 14787908 | + | Ford Motor Credit Company LLC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14783033 | | Midland Credit Managem, San Diego, CA |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2023 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2023 01:10:48 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14784972 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2023 00:57:19 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14783028 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2023 00:39:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14783029 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jun 23 2023 00:40:00 | Enhanced Recovery Co L, 10550 Deerwood Park, Ste, Jacksonville, FL 32256-0596 |
| 14783031 | + | Email/Text: EBNBKNOT@ford.com | Jun 23 2023 00:40:00 | Ford Motor Credit Comp, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14783032 | ^ | MEBN | Jun 23 2023 00:36:05 | KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14783034 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 00:57:47 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14783035 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2023 00:40:00 | Sps, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2023 | Form ID: pdf900 | Total Noticed: 15

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785051 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY LYNN BENNECOFF GINSBURG | on behalf of Debtor Anthony L Petril efilings@ginsburglawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Anthony L. Petril | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-11469pmm |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 19, 2023 and extended to June 13, 2023, this case is hereby DISMISSED.

**Date: June 22, 2023**

Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Statistical Summary of certain liabilities
    Means Test Calculation form 122C-2
    Ch. 13 Statement of current monthly income 122C-1